# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Eduardo Alvarez | ) | 22-mj-4100-DHH |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  February 16, 2022  in the county of  Worcester  in the
_____ District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326 | Reentry of removed aliens |
| Title 18, United States Code, Section 111 | Forcibly assaulting, resisting, or impeding a federal officer engaged in the performance of official duties |

This criminal complaint is based on these facts:

See attached affidavit of Officer Christopher S. Milley, Department of Homeland Security

☑ Continued on the attached sheet.

*Complainant's signature*

Officer Christopher S. Milley, Department of Homeland Security
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: **Mar 16, 2022**

*Judge's signature*

City and state:   Worcester, Massachusetts   David H. Hennessy, United States Magistrate Judge
*Printed name and title*